UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD GOODRIDGE, JR., <br><br> Defendant/Judgment Debtor, <br><br> STILLAGUAMISH TRIBE OF INDIANS, <br><br> Garnishee. | CASE NO. C16-1481JLR <br><br> ORDER DIRECTING THE CLERK TO ADMINISTRATIVELY CLOSE THIS MATTER |

On August 13, 2019, the court ordered the parties to file a joint status report indicating the status of this matter and whether this matter could be administratively closed. (Order (Dkt. # 18).) The parties responded that they presently anticipate no further litigation, and therefore, they have no objection to the court administratively closing this case so long as the writ of garnishment and continuing garnishee order

remain in force. (Resp. (Dkt. # 19) at 2; *see also* Writ (Dkt. # 3); 12/12/16 Order (Dkt. # 17).) Accordingly, although the writ of garnishment and continuing garnishee order remain in force, the court DIRECTS the Clerk to administratively close this file. If any party requires this matter to be re-opened, they may so move the court.

Dated this 20th day of August, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2